```
       CLERK
   U.S. DISTRICT COURT
 DISTRICT OF NEW JERSEY
       RECEIVED

   2019 OCT 28  P 12: 31
```

120 Vassar Avenue, Apt. #3

Newark, NJ 07112

October 25, 2019

Newark Clerk's Office

Martin Luther King, Jr. Federal Building

& U.S. Courthouse

50 Walnut Street

Newark, NJ 07101

Dear Judge Michael Vasquez,

I am writing this communication to formally withdraw both complaints filed previously by me regarding Case Numbers 2:19-cv-18602-JMV-SCM Taylor v. Stevenson et al and 2:19-cv-17282-JMV-JAD Taylor v. Zuckerberg et al.

My Best,

Brian L. Taylor a.k.a. Brás Dobane, Writer of "The Aten" (2011, 2019)